CANADIAN COMMERCIAL CORP.
(on behalf of Liftking Industries,
Inc.), Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Kalmar RT Center, LLC,
Defendant–Appellee.

No. 01–5095.

United States Court of Appeals,
Federal Circuit.

Feb. 11, 2002.

Before MAYER, Chief Judge, SCHALL and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.